FILED

06/28/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0231

# IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. 24-0231

| | |
|---|---|
| DAVID L. MURPHY PROPERTIES, LLC; and JOHN SCHAFFER,<br><br>Plaintiffs and Appellants,<br><br>vs.<br><br>PAINTED ROCKS CLIFF, LLC; and LAKE COUNTY, a political subdivision of the State of Montana, by and through the LAKE COUNTY BOARD OF COMMISSIONERS: BILL BARRON, GALE DECKER, and STEVE STANLEY,<br><br>Defendants and Appellees. | **ORDER GRANTING APPELLEE PAINTED ROCKS CLIFF, LLC'S EXTENSION OF TIME TO FILE RESPONSE BRIEF** |

Upon consideration of the unopposed motion seeking an extension of time filed by Appellee Painted Rocks Cliff, LLC ("Painted Rocks") and for good cause, the motion is GRANTED. Painted Rocks' response brief shall be filed on or before August 14, 2024.

ELECTRONICALLY SIGNED AND DATED BELOW

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 28 2024